Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Markus Barrington

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MARKUS BARRINGTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>　　　　Defendant. | Case No.: 2:20-cv-04390-RGK-AGR<br><br>**[PROPOSED] ORDER** |

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 14, 2020

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE